IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02185-CNS-SBP

JOHN AND JANE DOE,

    Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado Department of Education; and
SCHOOL DISTRICT 27J a/k/a 27J SCHOOLS, in its official and personal capacities,

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION TO FILE CONSOLIDATED REPLY WITH AGGREGATE PAGE LIMITATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiffs John and Jane Doe hereby request permission to file a single, consolidated Reply to Defendants' Oppositions to Plaintiffs' Motion for Preliminary Injunction (ECF 2), with such Reply aggregating the page count authorized under Practice Standard 10.1(c)(1). In other words, Plaintiffs seek permission to file a single, consolidated Reply to Defendants' Oppositions that is no longer than thirty (30) pages.

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with Defendants regarding this motion by email on August 30, 2024 and September 3, 2024. Defendants do not object to the relief requested.

1

## **MOTION**

Plaintiffs' Replies in support of their Motion for Preliminary Injunction are due on September 10, 2024. Given the urgency of Plaintiffs' requested relief, they intend to file those Replies today. Under this Court's Practice Standards, Plaintiffs are entitled to file a ten (10) page Reply to each Defendant's Opposition brief. Practice Standard 10.1(c)(1). Plaintiffs request permission to file a single, consolidated Reply to all Defendants' Oppositions to their Motion for Preliminary Injunction with an aggregate page limitation of thirty (30) pages, exclusive of the signature block and certificate of service.

No party or the Court would be prejudiced by granting this request, and it would promote judicial economy to allow Plaintiffs to file a single, consolidated Reply that will not exceed the total page limit to which they are entitled under this Court's practice standards if Plaintiffs were to file three separate Reply briefs.

WHEREFORE, Plaintiffs respectfully request permission to file a single, consolidated Reply to Defendants' Oppositions to Plaintiffs' Motion for Preliminary Injunction, with such Reply being no longer than thirty (30) pages, exclusive of the signature block and certificate of service.

Respectfully submitted,

Dated: September 3, 2024.

by:

*/s/Josh W. Dixon*
Harmeet K. Dhillon*
Josh W. Dixon
Eric A. Sell
Center for American Liberty
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6212
harmeet@libertycenter.org
jdixon@libertycenter.org
esell@libertycenter.org

Scott Gessler

2

Gessler Blue Law
7350 E. Progress Place
Suite 100
Greenwood Village, CO 80111
(720) 839-6637
sgessler@gesslerblue.com

Attorneys for Plaintiffs John and Jane Doe
*Motion for admission forthcoming