IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02185-CNS-SBP

JOHN AND JANE DOE,

    Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado Department of Education; and
SCHOOL DISTRICT 27J a/k/a 27J SCHOOLS, in its official and personal capacities,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO FILE CONSOLIDATED REPLY IN SUPPORT OF MOTION TO PROCEED PSEUDONYMOUSLY

Plaintiffs John and Jane Doe hereby request permission to file a single, consolidated Reply to Defendants' Responses to Plaintiffs' Motion to Proceed Pseudonymously (ECF 3).

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with Defendants regarding this motion by email on September 3, 2024. Defendants do not object to the relief requested.

### MOTION

Plaintiffs' Replies in support of their Motion to Proceed Pseudonymously are due on September 10, 2024. Given the urgency of Plaintiffs' requested relief in their Motion for Preliminary Injunction, they intend to file those Replies today. Under this Court's Practice Standards, Plaintiffs are entitled to file a ten (10) page Reply to each Defendant's Response brief.

1

Practice Standard 10.1(c)(1). Plaintiffs request permission to file a single, consolidated Reply to all Defendants' Response briefs to their Motion to Proceed Pseudonymously. Plaintiffs do not request to aggregate the page limitation. Instead, they will file one Reply brief of fewer than ten (10) pages.

No party or the Court would be prejudiced by granting this request, and it would promote judicial economy to allow Plaintiffs to file a single, consolidated Reply.

WHEREFORE, Plaintiffs respectfully request permission to file a single, consolidated Reply to Defendants' Responses to Plaintiffs' Motion to Proceed Pseudonymously.

Respectfully submitted,

Dated: September 3, 2024.

by:
*/s/Josh W. Dixon*
Harmeet K. Dhillon*
Josh W. Dixon
Eric A. Sell
Center for American Liberty
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6212
harmeet@libertycenter.org
jdixon@libertycenter.org
esell@libertycenter.org

Scott Gessler
Gessler Blue Law
7350 E. Progress Place
Suite 100
Greenwood Village, CO 80111
(720) 839-6637
sgessler@gesslerblue.com

Attorneys for Plaintiffs John and Jane Doe
*Motion for admission forthcoming