IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02185-CNS-SBP

JOHN AND JANE DOE

Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado Department of Education; and
SCHOOL DISTRICT 27J, a/k/a 27J SCHOOLS, in its official and personal capacities,

Defendants.
_____

**DEFENDANT SCHOOL DISTRICT 27J, a/k/a 27J SCHOOLS'
UNOPPOSED MOTION TO MAINTAIN LEVEL 1 RESTRICTION OF ECF 26**
_____

Defendant School District 27J, a/k/a 27J Schools, through undersigned counsel, moves to maintain Level 1 Restriction of two exhibits to its Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 26).

### Certificate of Conferral

Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with counsel for Plaintiffs regarding this motion by email on September 9, 2024. Plaintiffs do not oppose the relief requested in this motion.

### Motion

On August 27, 2024 the School District filed its Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 25). With that motion, the School District

filed two exhibits under Level 1 Restriction. (ECF 26.) The exhibits are unredacted education records for AD, which are shielded from disclosure under the Family Educational Rights and Privacy Act. Further, because the exhibits are unredacted, they reflect AD's identity, which the parties are attempting to keep confidential given pending motion to proceed under pseudonym. AD's right to privacy outweighs a presumption of public access, and there is no practical alternative to filing the exhibits as restricted that would adequately protect her privacy, including through redactions or otherwise. The District could not redact the documents at issue without undermining their usefulness as exhibits. Thus, there is good cause to maintain Level 1 Restriction of ECF 25.

WHEREFORE, Defendant School District 27J, a/k/a 27J Schools requests that the Court grant this motion and enter an order maintaining ECF 26 at Level 1 Restriction for the remainder of this action.

Respectfully submitted this 9th day of September 2024.

*s/Elliott V. Hood*
Gwyneth Whalen
Elliott V. Hood
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
gwhalen@celaw.com
ehood@celaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Scott Gessler
Gessler Blue Law
sgessler@gesslerblue.com
Attorney for Plaintiff

Harmeet K. Dhillon
Joshua W. Dixon
Eric A. Sell
Center for American Liberty
harmeet@libertycenter.org
jdixon@libertycenter.org
esell@libertycenter.org
Attorneys for Plaintiff

Michelle Berge
First Assistant Attorney General
michelle.berge@coag.gov
Joseph A. Peters
Senior Assistant Attorney General
joe.peters@coag.gov
Attorneys for Susana Córdova

LeeAnn Morrill
First Assistant Attorney General
leeann.morrill@coag.gov
Attorney for Philip Weiser

*s/Shelley McKinstry*
Shelley McKinstry, Paralegal