**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02185-CNS-SBP

JOHN AND JANE DOE,

      Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado
Department of Education; and
SCHOOL DISTRICT 27J a/k/a 27J SCHOOLS, in its official and personal capacities,

      Defendants.

---

**JOINT STATUS REPORT RE: PLAINTIFFS' MOTION TO PROCEED
PSEUDONYMOUSLY**

---

Pursuant to the Court's minute order dated September 9, 2024, ECF 35, the parties hereby submit this Joint Status Report regarding Plaintiffs' Motion to Proceed Pseudonymously, ECF 3. The parties are pleased to report they have reached agreement regarding the Motion. Specifically, the parties have agreed the Motion should be granted subject to entry of the proposed Protective Order attached hereto as Exhibit A. The proposed Protective Order (1) grants the Motion and (2) sets forth the terms under which disclosure of Plaintiffs' identities and the identities of their children may be made.

Accordingly, the parties respectfully request that the Court enter the proposed Protective Order as an order of the Court, thereby granting Plaintiffs' Motion to Proceed Pseudonymously on the terms set forth therein.

1

Respectfully submitted,

Dated: September 13, 2024.                      by:

                                                */s/Josh W. Dixon*
                                                Harmeet K. Dhillon*
                                                Josh W. Dixon
                                                Eric A. Sell
                                                Center for American Liberty
                                                1311 S. Main Street, Suite 207
                                                Mount Airy, MD 21771
                                                (703) 687-6212
                                                harmeet@libertycenter.org
                                                jdixon@libertycenter.org
                                                esell@libertycenter.org

                                                Scott Gessler
                                                Gessler Blue Law
                                                7350 E. Progress Place
                                                Suite 100
                                                Greenwood Village, CO 80111
                                                (720) 839-6637
                                                sgessler@gesslerblue.com

                                                Attorneys for Plaintiffs
                                                *Application for Admission Forthcoming


                                                */s/ LeeAnn Morrill*
                                                LEEANN MORRILL, Reg. No. 38742*
                                                First Assistant Attorney General
                                                Public Officials Unit | State Services Section
                                                Colorado Attorney General's Office
                                                1300 Broadway, 6th Floor
                                                Denver, CO 80203
                                                Telephone: 720.508.6000
                                                Email: leeann.morrill@coag.gov
                                                *Attorney for Defendant Philip Weiser, in his*
                                                *official capacity as Attorney General of the*
                                                *State of Colorado*
                                                *Counsel of Record

2

*/s/Elliott V. Hood*
Gwyneth Whalen
Elliott V. Hood
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
gwhalen@celaw.com; ehood@celaw.com

Attorneys for Defendant School District 27J,
a/k/a 27J Schools

*/s/ Joseph A. Peters*
MICHELLE BERGE, Reg. No. 39299
First Assistant Attorney General
JOSEPH PETERS, Reg. No. 42328
Senior Assistant Attorney General
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6000
michelle.berge@coag.gov
joe.peters@coag.gov

*Attorneys for Defendant SUSANA CÓRDOVA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of September, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Elliott V. Hood
Gwyneth Whalen
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
gwhalen@celaw.com

Attorneys for Defendant School District 27J, a/k/a 27J Schools

LEEANN MORRILL, Reg. No. 38742
First Assistant Attorney General
Public Officials Unit | State Services Section
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email: leeann.morrill@coag.gov

*Attorney for Defendant Philip Weiser, in his official capacity as Attorney General of the State of Colorado*

MICHELLE BERGE, Reg. No. 39299
First Assistant Attorney General
JOSEPH PETERS, Reg. No. 42328
Senior Assistant Attorney General
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6000
michelle.berge@coag.gov
joe.peters@coag.gov

Attorneys for Defendant SUSANA CÓRDOVA

*/s/Travis Yokoyama*