IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02185-CNS-SBP

JOHN AND JANE DOE,

    Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado Department of Education; and
SCHOOL DISTRICT 27J a/k/a 27J SCHOOLS, in its official and personal capacities,

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION TO FILE SINGLE, CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 12 MOTIONS TO DISMISS WITH AGGREGATE PAGE LIMITATION**

---

    Plaintiffs John and Jane Doe hereby move the Court for permission to file a single, consolidated Response in Opposition to Defendants' Rule 12 Motions to Dismiss, ECF 61, 62, 63, with such Opposition aggregating the page count authorized under Practice Standard 10.1(c)(1). In other words, Plaintiffs seek permission to file a single, consolidated Opposition to Defendants' Motions that is no longer than forty-five (45) pages.

## CERTIFICATE OF CONFERRAL

    Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with Defendants regarding this motion by email on November 22, 2024. Defendants do not object to the relief requested.

1

## **MOTION**

Plaintiffs' Oppositions to Defendants' Rule 12 Motions to Dismiss are due on November 26, 2024. Under the Court's Practice Standards 10.1(c)(1), Plaintiffs are entitled to file a fifteen (15) page Opposition to each Motion. Plaintiffs request permission to file a single, consolidated Opposition to all Defendants' Motions that aggregates the page count allowed under Practice Standards 10.1(c)(1)—*i.e.*, forty-five (45) pages, exclusive of the signature block and certificate of service.

Neither Defendants nor the Court will be prejudiced by granting this request, and it would promote judicial economy to allow Plaintiffs to file a consolidated Opposition that does not exceed the total page limit to which they are entitled. Moreover, pursuant to the Court's permission, Defendants' Rule 12 Motions to Dismiss were each oversized, with those Motions comprising fifty-seven (57) pages of text. ECF 61, 62, 63. Despite this fact, Plaintiffs do not seek additional pages above those authorized under the Practice Standards, as they can achieve economies of scale by filing a consolidated Opposition.

WHEREFORE, Plaintiffs respectfully request permission to file a single, consolidated Response in Opposition to Defendants' Rule 12 Motions to Dismiss, not to exceed forty-five (45) pages, exclusive of the signature block and certificate of service.

Respectfully submitted,
Dated: November 25, 2024.                               by:
                                                        */s/Josh Dixon*
                                                        Harmeet K. Dhillon*
                                                        Josh W. Dixon
                                                        Eric A. Sell
                                                        Center for American Liberty
                                                        1311 S. Main Street, Suite 207
                                                        Mount Airy, MD 21771
                                                        (703) 687-6212
                                                        harmeet@libertycenter.org

jdixon@libertycenter.org
esell@libertycenter.org

Scott Gessler
Gessler Blue Law
7350 E. Progress Place
Suite 100
Greenwood Village, CO 80111
(720) 839-6637
sgessler@gesslerblue.com


Attorneys for Plaintiffs
*Application Forthcoming