# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:24-CV-2185-CNS-SBP

JOHN AND JANE DOE,

    Plaintiffs,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado;
SUSANA CÓRDOVA, in her official capacity as Commissioner of the Colorado Department of Education; and
SCHOOL DISTRICT 27J a/k/a 27J SCHOOLS, in its official and personal capacities,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiffs John and Jane Doe in the above case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order of this Court denying Plaintiffs' motion for a preliminary injunction entered in this action on January 24, 2025 (ECF No. 82).

Dated: January 27, 2025.

by:
*/s/Joshua W. Dixon*
Joshua W. Dixon
Eric A. Sell
Center for American Liberty
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6212
jdixon@libertycenter.org
esell@libertycenter.org

Attorneys for Plaintiffs